IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520 PENSION
FUND, et al.,

    Plaintiffs/Judgment Creditors,    13-cv-00501 DRH

v.    Return Date: 3/11/15

GREEN TRAC, LLC,

    Defendant/Judgment Debtor,

## PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee First National Bank in the amount of $774.25, the Clerk is directed to issue payment to plaintiffs/judgment creditors from the registry of the Court in the amount of $774.25, payable to the order of "Employers and Operating Engineers Local 520 Benefit Funds" and sent in care of plaintiffs/judgment creditors' counsel Greg A. Campbell, Hammond and Shinners, P.C. 7730 Carondelet, Avenue, Suite 200, St. Louis, Missouri 63105.

    SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2015.02.24
12:17:11 -06'00'

UNITED STATES DISTRICT JUDGE

Date: February 24, 2015