**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**EMPLOYERS AND OPERATING
ENGINEERS LOCAL 520 PENSION
FUND, et al.,**

      **Plaintiffs/Judgment Creditors,**        **Case No. 3:13-cv-00501 DRH-PMF**

**v.**        **Return Date:  3/11/15**

**GREEN TRAC, LLC,**

      **Defendant/Judgment Debtor,**

## PAY-OUT ORDER

Pursuant to the garnishment payment made by garnishee United Community Bank in the amount of $77.07, the Clerk is directed to issue payment to plaintiffs/judgment creditors from the registry of the Court in the amount of $77.07, payable to the order of "Employers and Operating Engineers Local 520 Benefit Funds" and sent in care of plaintiffs/judgment creditors' counsel Greg A. Campbell, Hammond and Shinners, P.C. 7730 Carondelet, Avenue, Suite 200, St. Louis, Missouri 63105.

SO ORDERED:

Digitally signed by David R. Herndon
Date: 2015.02.24 12:25:27 -06'00'

UNITED STATES DISTRICT JUDGE

Date:  February 24, 2015